.IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

BANCO SANTOS, S.A.                                   Case No. 10-47543-BKC-LMI

    Debtor in a Foreign Proceeding.                  Chapter 15
_____/

## AFFIDAVIT OF NYANA ABREU MILLER

| STATE OF FLORIDA | ) |
|---|---|
| | ) SS |
| COUNTY OF MIAMI-DADE | ) |

BEFORE ME, the undersigned authority, personally appeared Nyana Abreu Miller, Esq., who, first being duly sworn, deposes and states:

1. I, Nyana Abreu Miller, Esq., attorney for Vânio Cesar Pickler Aguiar, as court-appointed Judicial Administrator of Banco Santos, S.A., hereby certify that, pursuant to the Amended Order Granting Plaintiff's Motion for Conditional Approval of Settlement Including Bar Order, Approval of Notification Procedure, Setting Objection Period, and Setting Further Hearing, dated November 26, 2014 (the "Order"), a copy of the Order and a copy of the Settlement Agreement and Mutual Release, dated as of November 24, 2014 by and among the bankruptcy estate of Banco Santos, S.A. and Espirito Santo Bank, were sent via U.S. Certified Mail, Return Receipt Requested, to the persons set forth on the Service List attached hereto as **Exhibit "A"**, and sent via Electronic Mail to Jeffrey LeHeup, Chief Counsel of the Florida Office of Financial Regulation (Jeffrey.leheup@flofr.com), on December 1, 2014.

2. Copies of the U.S. Certified Mail Return Receipts for these mailings are attached hereto as Composite **Exhibit "B"** as proof of mailing.

FURTHER AFFIANT SAYETH NOT.

By: Nyana Abreu Miller, Esq.

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

SWORN TO AND SUBSCRIBED before me this 9th day of December, 2014 by Nyana Abreu Miller, who is known to me and who did take an oath.



TATIANA CROCKETT
MY COMMISSION # EE 846545
EXPIRES: November 11, 2016
Bonded Thru Budget Notary Services

Notary Public, State of Florida
My Commission Expires: 11·11·16

**EXHIBIT A**

**SERVICE LIST**

Gigi Guthrie, Agency Clerk
The Fletcher Building, 1st Floor
200 East Gaines Street
Tallahassee, FL 32399-0379

Executive Secretary
Federal Deposit Insurance Corporation
550 17th Street N.W.
Washington, D.C. 20429

FDIC Regional Office
Legal Department
10 Tenth Street, NE, Suite 800
Atlanta, GA 30309-3906

**EXHIBIT B**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.03 |

Postmark Here — DEC -1 2014 — BRICKELL POSTAL STORE — 12/01/2014

Sent To: FDIC Regional Office
Street, Apt. No.; or PO Box No.: Legal Department
                                 10 Tenth Street, NE, Suite 800
City, State, ZIP+4: Atlanta, GA 30309-3906

Tracking: 7008 1830 0002 8307 9831

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — DEC -1 2014 — BRICKELL POSTAL STORE

Sent To: Gigi Guthrie, Agency Clerk
Street, Apt. No.; or PO Box No.: The Fletcher Building, 1st Floor
                                 200 East Gaines Street
City, State, ZIP+4: Tallahassee, FL 32399-0379

Tracking: 7008 1830 0002 8307 9596

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — DEC -1 2014 — BRICKELL POSTAL STORE

Sent To: Executive Secretary
Street, Apt. No.; or PO Box No.: Federal Deposit Insurance Corporation
                                 550 17th Street N.W.
City, State, ZIP+4: Washington, D.C. 20429

Tracking: 7008 1830 0002 8307 9794

PS Form 3800, August 2006          See Reverse for Instructions