

ORDERED in the Southern District of Florida on June 11, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

BANCO SANTOS, S.A.                              Case No. 10-47543-BKC-LMI

    Debtor in a Foreign Proceeding.         Chapter 15

_____/

### ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE came on for hearings on February 12, February 17 and May 27, 2015, on Edward Tyler Nahem Fine Art, LLC's and Edward Tyler Nahem's Motion for Relief from the Automatic Stay (the "Motion," ECF No. 55). The Court considered the Motion, the additional papers filed in support of and in opposition to the Motion (including ECF Nos. 56, 73, 74, 75, 104 and 106), the argument of counsel, and the record in this matter. Therefore, it is

ORDERED and ADJUDGED as follows:

1.     The Motion is DENIED without prejudice for the reasons stated on the record and transcribed at the May 27, 2015 status conference.

###

6465295-2

Submitted By:

Gregory S. Grossman
Arnoldo B. Lacayo
ASTIGARRAGA DAVIS
MULLINS GROSSMAN, P.A.
*Attorneys for Vânio Cesar Pickler Aguiar*
*As Judicial Administrator for Banco Santos*
1001 Brickell Bay Drive, 9th Floor
Miami, Florida  33131
Phone:  (305) 372-8282
Facsimile:  (305) 372-8202
E-mail: ggrossman@astidavis.com
E-mail: alacayo@astidavis.com

Attorney Grossman shall provide a copy of this Order to all interested parties and file a certificate of service reflecting same

6465295-2