

**ORDERED in the Southern District of Florida on August 23, 2018.**

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

BANCO SANTOS, S.A.                              Case No. 10-47543-BKC-LMI

　　　Debtor in a Foreign Proceeding.            Chapter 15
_____/

**U.S. APPROVAL ORDER GRANTING MOTION TO (A) CONDITIONALLY APPROVE THE COMPETITIVE BID AND SALE PROCEDURES; (B) AUTHORIZE THE SALE OF CERTAIN ARTWORK FREE AND CLEAR OF ALL, CLAIMS, ENCUMBRANCES, AND INTERESTS; (C) APPROVE OF THE NOTIFICATION PROCEDURES; (D) SET OBJECTION DEADLINES AND FINAL HEARING**

**THIS MATTER** came before the Court for a hearing on August 21, 2018, upon the Motion for Conditional Approval of the Competitive Bid and Sale Procedures, Authorization to Sell of Certain Artwork Free and Clear of All Liens, Claims, Encumbrances, and Interests, Approval of Notification Procedures, Setting Objection Deadlines and Final Hearing [D.E. 192] (the "Motion")

filed by ADJUD Administradores Judiciais LTDA. – EPP (the "Judicial Administrator"), as court-appointed Judicial Administrator for the bankruptcy estate of Banco Santos, S.A. and its affiliates (collectively, the "Banco Santos Estate"). The Court having reviewed the Motion and otherwise being otherwise duly advised of the premises, and after due deliberation and sufficient cause appearing therefore, finds and determines as follows:

    A.    In the Motion, the Judicial Administrator seeks entry of this Order by the Court (the "U.S. Approval Order") which: (a) conditionally approves the bidding and auction procedures for the Sales[1] of Property free and clear of all liens, claims, encumbrances, and interests, subject to any written objection submitted within the objection period; (b) approves the proposed form and manner in which notice of the U.S Approval Order shall be given to all parties in interest through publication in the Official Gazette (*Diário Oficial*); (c) approves of the Sale Agreements; (d) sets an objection period of at least twenty-one (21) days by which written objections to U.S. Approval Order may be filed after publication of notice of same; (e) sets an objection period of at least twenty-one (21) days by which written objections to the Sales may be filed after publication of notice of the Sales Reports; (f) deems prospective successful bidders of the Property good faith purchasers entitled to the protections of 11 U.S.C. § 363(m); (g) retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this U.S. Approval Order.

    B.    The Sales Agreements and Sales through competitive bidding auctions are fair and reasonable.

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings as ascribed to such terms, as applicable, in the Motion.

C.  Notice of this U.S. Approval Order to all parties in interest through publication in the Official Gazette (*Diário Oficial*) is appropriate under the circumstances.

D.  Notice of this U.S. Approval Order, the Sale Reports, and the Orders entered by the Brazilian Bankruptcy Court to all parties in interest through publication in the Official Gazette (*Diário Oficial*) provides sufficient notice of the Sales and is appropriate under the circumstances.

After having considered the Motion, it is

**ORDERED** as follows:

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and authority to enter an order approving the Motion pursuant to §§ 363(b) and (f).

2.  The form and means of the notice of this U.S. Approval Order are determined to be appropriate under the circumstances and to be a good and sufficient method of giving notice to all persons whose interests could be affected by this U.S. Approval Order and no further notice is necessary.

3.  The form and means of the notice of the Sales through publication of the U.S. Approval Order, Sale Reports, and all Orders entered by the Brazilian Bankruptcy Court regarding the Property are determined to be appropriate under the circumstances and to be a good and sufficient method of giving notice to all persons whose interests could be affected by the Sales and no further notice is necessary.

4.  The Court determines that the bidding and sale procedures for the Sales and the Sales Agreements are fair and reasonable and are approved by the Court.

5.  **ANY CREDITOR, PARTY IN INTEREST, OR ANY OTHER PERSON WHO WISHES TO OBJECT TO THE MOTION OR TO THE TERMS OF THIS U.S. APPROVAL ORDER MUST FILE A WRITTEN OBJECTION (THE "<u>OBJECTION</u>")**

**WITH THIS COURT NOT LATER THAN SEPTEMBER 19, 2018 AT 4:30 P.M. (PREVAILING EASTERN TIME) (THE "OBJECTION DEADLINE"). OBJECTIONS MUST BE FILED WITH THE COURT ON THE CM/ECF SYSTEM (AT HTTPS://ECF.FLSB.USCOURTS.GOV/) AND SERVED SO AS TO BE ACTUALLY RECEIVED PRIOR TO THE OBJECTION DEADLINE BY: (I) COUNSEL FOR THE JUDICIAL ADMINISTRATOR FOR THE BANCO SANTOS ESTATE, C/O SEQUOR LAW, P.A., 1001 BRICKELL BAY DRIVE, 9TH FLOOR, MIAMI, FLORIDA 33131, ATTN: ARNOLDO B. LACAYO, ESQ. (ALACAYO@SEQUORLAW.COM).**

6. **THE COURT WILL CONDUCT A HEARING AT THE C. CLYDE ATKINS COURTHOUSE, 301 N. MIAMI AVENUE, COURTROOM 8, MIAMI, FLORIDA 33128, ON SEPTEMBER 20, 2018 AT 3:30 P.M. (THE "FINAL HEARING") TO CONSIDER ANY OBJECTION THAT COMPLIES WITH THE REQUIREMENTS SET FORTH IN PARAGRAPH 5 OF THIS U.S. APPROVAL ORDER.**

7. In the event that no objection is filed which requires consideration at the Final Hearing, then no further order needs to be entered by the Court with respect to the Motion, and immediately upon the conclusion of the Final Hearing, the Court (i) grants the Motion on a final basis, (ii) approves the Sales Agreements, (iii) approves the proposed form and manner in which notice shall be given to all parties in interest through publication in the Official Gazette (*Diário Oficial*), and (iv) removes all conditional language contained in this U.S. Approval Order related to the Sale procedures and grants the relief provided herein on a final basis.

8. In the event that no objection is timely filed after publication of the Sale Reports that would require consideration at a hearing, then no further order needs to be entered by the Court with respect to the Motion regarding approval of the Sales, and the Court (i) approves the Sales

4

free and clear of all liens, claims, encumbrances and interests in all respects on a final basis, (ii) approves the proposed form and manner in which notice shall be given to all parties in interest through publication in the Official Gazette (*Diário Oficial*), (iii) deems the prospective successful bidders are good faith purchasers entitled to the protections of 11 U.S.C. § 363(m), and (iv) removes all conditional language contained in this U.S. Approval Order related to the Sales and grants the relief provided herein on a final basis.

9. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation, interpretation, and enforcement of this U.S. Approval Order.

###

Submitted By:

Amanda E. Finley
SEQUOR LAW, P.A.
*Attorneys for Judicial Administrator*
1001 Brickell Bay Drive, 9th Floor
Miami, Florida  33131
Phone:  (305) 372-8282
Facsimile:  (305) 372-8202
afinley@sequorlaw.com

*Copies furnished to*:
Amanda E. Finley, who is hereby directed to serve copies of this Order on all interested parties and to file a certificate of service.